IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JESSICA EDWARDS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-699-LY |
| | § | |
| DIVERSIFIED ADJUSTMENT SERVICE, | § | |
| INC.; TRAVELERS CASUALTY AND | § | |
| SURETY COMPANY OF AMERICA; | § | |
| AND JOHN DOES 1-10, | § | |
| DEFENDANTS. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On August 25, 2002, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. #17), dismissing all claims against Defendants without prejudice. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _26th_ day of August, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE